UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

TRENT PATTERSON,                              :

            Plaintiff,              :   07 Civ. 8057 (LAP) (AJP)

         -against-                      :   <u>RULE 16 SCHEDULING ORDER</u>

COMMISSIONER OF CORRECTIONS, et al.,          :

           Defendants.             :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      Pursuant to Rule 16, Fed. R. Civ. P., IT IS HEREBY ORDERED THAT:

      1.     All fact and expert discovery must be completed by April 10, 2008. Expert reports must be served by March 14, 2008.

      2.     Each party will notify this Court (and the District Judge) by April 15, 2008 as to whether it intends to move for summary judgment and, if required by the District Judge's chamber rules, request a pre-motion conference. Assuming pre-motion clearance has been obtained from the District Judge where required, summary judgment motions must be filed by May 2, 2008 if no date was set by the District Judge or, if a date was set by the District Judge, in accordance with the schedule set by the District Judge, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned (including any pre-motion conference requirements of the District Judge).

C:\ORD\16RULES

3.      The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by May 2, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4.      A status conference will be held before the undersigned on January 9, 2008 at 10:30 a.m. in Courtroom 20D (500 Pearl Street).

5.      The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

DATED:   New York, New York
         December 10, 2007

                                        _____
                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies to:   Trent Patterson a/k/a Michael Howard (Mail)
             Benjamin Stockman, Esq. (Fax)
             Judge Loretta A. Preska

C:\ORD\16RULES