USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRENT PATTERSON,                              :

                Plaintiff,                    :          07 Civ. 8057 (LAP) (AJP)

        -against-                          :          **ORDER**

COMMISSIONER OF CORRECTIONS, et al.,          :

              Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        By letter dated January 15, 2008 (copy attached), Patterson has (1) submitted a FOIL request directed to the Prisoners' Rights Project, (2) asked for the forms for requesting pro bono counsel, and (3) asked whether this case can be consolidated with his other case, 07 Civ. 7259 (RMB) (JCF).

        1.     As to item 1, "FOIL" only applies to governmental agencies, not to the Prisoners' Rights Project.  Moreover, FOIL is a state procedure and is enforced via the state not federal courts.  If plaintiff wishes to pursue discovery under the Federal Rules of Civil Procedure (Rules 26-37, 45), he should do so.

        2.     The forms are attached.

C:\OPIN\

2

3.    Defense counsel are to consult with their colleagues handling the 07 Civ. 7259 case and inform me, by <u>January 28, 2008</u>, whether defendants consent to the consolidation (for all purposes or for purposes of discovery) of the two cases.

SO ORDERED.

Dated:    New York, New York
          January 22, 2008

Andrew J. Peck
United States Magistrate Judge

Copies to:    Trent Patterson a/k/a Michael Howard
              Benjamin Stockman, Esq.
              Michael Chestnov, Esq.
              Magistrate Judge James C. Francis IV
              Judge Loretta A. Preska

C:\OPIN\

To: Judge Andrew J. Peck
From: TRENT PATTERSON AKA Michael Howard
Date: 1/15/08
Re: 07 CV 8057 (LAP) (AJP)

RECEIVED
JAN 18 2008
CHAMBERS OF
ANDREW J. PECK

Dear Judge Peck

Enclosed please find a copy of the Fo.I.L Request I'm submitting to obtain copies of All my grievances, grievance appeals etc. I also would appreciate it if the Court could send me an application to request an attorney be assigned To my case Pro bono. I also have another pending civil matter 07 CV 7259 (RMb) (JCF) which is the direct root of the matter before your court. If there is anyway the cases can be consolidated please let me know on or before our scheduled conference on 2/19/08. Your understanding and assistance will be highly appreciated. Thank you

cc. Judge Andrew J. Peck
    TRENT PATTERSON
    File

Respectfully yours
Trent Patterson
AKA Michael Howard
Trent Patterson
AKA Michael Howard

SWORN TO BEFORE ME THIS
18 DAY OF Jan, 2008
Ann Brotzer
NOTARY PUBLIC  NYS
Chemung Co 01KR5065933
Exp 9-9-10

# FREEDOM OF INFORMATION REQUEST

To: DALe WilkeR (DiRecToR)
PRiSoNeRS RiGHTS PRoJecT
199 WaTeR STReeT
NewYoRk, NewYoRk 10038

Date 1 / 15   2008

From: TReNT PATTeRSoN 97A7563
AKA MiCHACl HowaRD
ElMiRA CoRReCTioNAl FACiliTY
P.o BoX 500
ElMiRA, NewYoRk 14902-0500

Dear Sir or Madam:

This is a request for information under the Freedom Of Information Law, Pursuant to the Public Officer Law, Article 6, Section 84-90/ and the Personal Protection Privacy Law; Article 6-A Section 91-99/ Open Meeting Law, Article 7, Section 100-111/ and the U.S.C.A. 552.

I wish to obtain the following information and records:

A CoPY of all grievances, grievance appeals, complaints and Records I Sent to your office to legal assistant Felicia Lin From 3-10-07 THRough 10-16-07.

If any and/or all of my request is denied, please list the exemptions. If you determine that some portion of this request is exempt, I will expect, as the Act provides, that you will provide me with the remaining **Non-Exempt** portions or materials. I, of course reserve the right to appeal any determination to withhold any/all information and expect that you will provide me with the address and office where my appeal may be forwarded.

As your agency should be cognizant, the Amended Freedom Of Information Act requires that you shall reduce or waive, search and/or copying fees when the release of the required information is in the Public interest. It is my belief that the above requested information falls into this category. In addition, the Act requires that you reply within five (5) days of my request being received. In the event that my request is denied please provide me with the name and address to whom I am to forward my appeal to and to the attention of.

Thank you for your time and anticipated cooperation in this matter.

Respectfully,

_Trent Patterson_

15 Day of Jan. , 2008

_Ann Kratzer_
NOTARY NYS
Chemung Co 01KR5065933
Exp 9-9-10

LL form 33a



199 WATER STREET   NEW YORK, N.Y. 10038   TEL: 212-577-3530  FAX: 212-509-8433   www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*

John Boston
*Project Director*
*Prisoners' Rights Project*

June 12, 2007

Michael Howard
349-07-04815
GRVC
09-09 Hazen Street
East Elmhurst, NY 11370

Dear Mr. Howard:

Thank you for writing the Prisoners' Rights Project. While generally we are not able to take individual cases, I am interested in learning more about the use of force (the spraying of OC in your face) that occurred at AMKC.

Specifically, I am interested in learning:

- When did the use of force occur?
- What were the circumstances surrounding the use of force (i.e. did the officer involved say anything to you? Did you say anything to the officer?)
- How many officers were involved? Who were they?
- Were there any witnesses to the use of force?
- Did you receive any medical treatment?
- Did you sustain any lasting injuries? What were they?

You can either reply to my questions by mail or by calling me collect at 212-577-3530.

Sincerely,

FELICIA LIN
Legal Assistant

DEAR WARDEN SHAW                    5/22/07

Yesterday the grievance office
Rejected the Attached grievance
I filed concerning two incidents
That occurred in A.M.K.C. the
grievance office stated that
because I had a ticket for
the incident, I am hereby
Appealing the decision made
By the grievance office
Here at G.R.V.C on 5/21/07
To not accept my grievance.
Your Assistance will be
Highly Appreciated. Thank you

VERY TRULY YOURS,
Michael Howard
349-07-04815

DEAR C.O.R.C

Yesterday 5/21/07 the grievance office at G.R.V.C Rejected the Attached grievance stating that Because I Recieved an infraction for the latter incident mentioned in the grievance that I couldnt file a grievance, I Am Hereby Appealing the decision of the grievance office made on 5/21/07 to your office for Relief, and the mentioned compensation.

Thank you
Respectfully yours,
Michael Howard
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

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500
NAME: TRENT PATTERSON    DIN: 97A7563

ELMIRA CORRECTIONAL
FACILITY



LEGAL
MAIL

ANDREW J. PECK
United States MAgistrate Ju
United States CourtHouse
500 PeaRL STReet
NewyoRk, NewyoRk 1000

_ 1000781316 0014