USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

TRENT PATTERSON,  :

          Plaintiff,  :    07 Civ. 8057 (LAP) (AJP)

          -against-  :  **ORDER**

COMMISSIONER OF CORRECTIONS, et al.,  :

          Defendants.  :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      The Court called the U.S. Marshal's Service to inquire as to the status of service on defendants C.O. Benson and C.O. Gamble. The Marshal's Service informed the Court that there are multiple Correction Officers of that name, and that they advised Mr. Patterson on or about October 30, 2007 that they needed additional information (such as a badge number or at least a first name). Mr. Patterson should have that information from defendants' Local Rule 33.2 responses. Mr. Patterson should include this in his forthcoming Amended Complaint; the Court's Pro Se Office will issue Amended Summonses and provide Mr. Patterson with forms for the Marshals.

      SO ORDERED.

Dated:      New York, New York
             February 20, 2008

                                             Andrew J. Peck
                                             United States Magistrate Judge

Copies to:    Trent Patterson a/k/a Michael Howard (Mail)
                Benjamin Stockman, Esq. (Fax)
                Judge Loretta A. Preska

C:\OPIN\